In the Matter of the Arbitration between LAWRENCE ESSENSON, Respondent, and UPPER QUEENS MEDICAL GROUP, Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.; Peck, P. J., dissents and votes to reverse and deny the motion in the following memorandum: In my opinion there is no arbitrable issue. It is shown upon the face of the papers that respondent-appellant acted within the scope of its rights under the agreement, and that petitioner was expelled in accordance with the provisions and processes of the agreement. There is nothing which is disputable and hence nothing which is arbitrable (*Matter of International Assn. of Machinists* [*Cutler-Hammer, Inc.*], 271 App. Div. 917, affd. 297 N. Y. 519; *Matter of General Elec. Co.* [*United Elec. Radio & Machine Workers*], 300 N. Y. 262).

■

In the Matter of the General Assignment for the Benefit of Creditors of DORLAND, INC., Assignor, to THOMAS E. ZODA et al., Assignees, Respondents. ERNEST DAVIDS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* pp. 759, 761.]

■

DAISY JONES, as Administratrix of the Estate of OLETHIA JONES, Deceased, Appellant, v. ARGUS CAB CORPORATION, Respondent.— Order unanimously modified by allowing service of a bill of particulars and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

■

MILDRED SHOTACK, Respondent, v. WALTER SHOTACK, Appellant.— Order unanimously modified by reducing alimony to $35 per week and counsel fee to $200 and, as so modified affirmed. The amount now fixed is adequate. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

■

In the Matter of the Voluntary Dissolution of CITY COMMERCIAL CORP. KENNETH CARROAD et al., Respondents; LEONARD I. SHANKMAN, Individually and as Executor of SAMUEL B. SHANKMAN, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to petitioners-respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* p. 759.]

■

JACK LANTZ, Respondent, v. RAE LANTZ, Appellant.— Insofar as the court disposed of the application to vacate the interlocutory judgment and vacate defendant's default with permission to answer, we think the disposition was proper. There are circumstances referred to in the present case however, which indicate that some further action might be considered with respect to the custody of the children. Order unanimously modified by referring the matter back to Special Term to determine whether such action is necessary and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* p. 837.]